# United States Court of Appeals
## For the Eighth Circuit

_____

No. 13-3545

_____

United States of America

*Plaintiff - Appellee*

v.

Duane L. Kuyper, individually and as Trustee of Kuyper Family Living Trust;
Mary L. Kuyper, individually and as Trustee of Kuyper Family Living Trust

*Defendants - Appellants*

Kuyper Family Living Trust; Raymond Ehrman; Vision Unlimited

*Defendant*s

_____

Appeal from United States District Court
for the District of South Dakota - Sioux Falls

_____

Submitted: September 10, 2014
Filed: September 18, 2014
[Unpublished]

_____

Before LOKEN, MURPHY, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Duane and Mary Kuyper appeal the district court's[1] entry of default judgment against them as a sanction for failing to appear at their noticed depositions. Following careful review of the record and the parties' briefs, we conclude that, for the reasons explained in the district court's order, the court did not abuse its discretion. See Fed. R. Civ. P. 37(d); Int'l Bhd. of Elec. Workers, Local Union No. 545 v. Hope Elec. Corp., 380 F.3d 1084, 1105 (8th Cir. 2004) (standard of review). Accordingly, we affirm. See 8th Cir. R. 47B.

―――――――――――――――――

[1]The Honorable Richard G. Kopf, United States District Judge for the District of Nebraska, sitting by designation in the District of South Dakota.